FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0569

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. 23-0569**

SAMUEL J. NELSON, individually and as )
Trustee of the SAMUEL J. NELSON )
REVOCABLE TRUST DATED FEBRUARY )
11, 2011, )
                                     ) **ORDER**
                  Petitioners/Appellants, )
                                       )
    vs. )
                                         )
MONTANA RAIL LINK, INC., a Montana )
Corporation, and BNSF RAILWAY )
COMPANY, a Delaware Corporation. )
                                       )
                Respondents/Appellees. )
                                         )

IT IS HEREBY ORDERED that Appellees unopposed motion for a 30-day extension in which to file its response brief, brought pursuant to Rule 26(1), M.R.App.P., is GRANTED. Appellees response brief is now due on or before February 20, 2024.

DATED this \_\_\_\_ day of _____, 2024.

_____
Bowen Greenwood
Clerk of the Supreme Court

Page 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 8 2024